CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE. VA
FILED

FEB 0 3 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NYRON NICHOLS,                    )
                                  )        Case No. 7:10CV00033
        Petitioner,               )
                                  )
v.                                )        FINAL ORDER
                                  )
UNITED STATES OF AMERICA,         )
                                  )    By:    Hon. Glen E. Conrad
        Respondent.               )           United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of mandamus is hereby **DENIED** without prejudice, and the action is

stricken from the active docket of the court.

ENTER: This _3rd_ day of February, 2010.

_____
United States District Judge